**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 24- |
| CHAD M. STONE | CHAPTER 7 |
| Debtor(s) | JUDGE ALAN M. KOSCHIK |
| | STATEMENT CONCERNING PAYROLL ADVICES DUE PURSUANT TO 11USC§521(a)(1)(B)(iv) |

I, ___Chad M. Stone___ , under penalty of perjury, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the within Petition from any employer because:

_____ I am receiving Social Security and pension payments which represent my only source of income.

__X__ I was not employed within 60 days immediately preceding the filing of my petition.

_____ I was employed within 60 days immediately preceding the filing of my petition, but I did not receive any payment advices or other evidence of payment from my employer within that time period.

_____ I am self-employed and do not receive any evidence of payment from any employer.

DATE: __05/07/2024__    /s/ Chad M. Stone
                         Chad M. Stone, DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing STATEMENT CONCERNING PAY ADVICES was delivered electronically via the Court's ECF system on May 7, 2024 to the following:

U.S. Trustee

  /s/ Peter G. Tsarnas
  PETER G. TSARNAS, #0076934
  Attorney for Debtor