# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: | Case No. 24-50671-AMK |
| **Chad M. Stone** | Chapter 7 |
| Debtor | Judge Alan M. Koschik |

## MOTION FOR EXTENSION OF THE TIME WITHIN WHICH TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. §727

Now comes Melissa M. Macejko, Chapter 7 Trustee, who hereby moves the Court for an Order pursuant to Fed. R. Bankr. P. 4004(b) extending the time for filing a complaint objecting to discharge pursuant to 11 U.S.C. §727, for an additional sixty (60) days from August 9, 2024 to October 8, 2024. In support of said Motion, Trustee states as follows:

1. Debtor(s) filed a voluntary petition for relief on May 7, 2024. The §341 meeting of creditors was originally scheduled for June 10, 2024. The last day currently set to file a motion to dismiss or an objection to discharge is August 9, 2024.

2. The Trustee seeks additional time to determine whether an action under 11 U.S.C. §727 is appropriate. The Trustee is awaiting additional information from the Debtor regarding gambling income and losses, a business claim and investor information, and bank statements.

3. Bankruptcy Rule 4004(a) provides that a complaint objecting to the discharge of a debtor must be filed no later than 60 days after the first date set for the meeting of creditors. Bankruptcy Rule 4004(b) permits an extension of time for cause if the extension is sought before the 60-day period has expired.

4. Without an extension of time, the period for filing an objection to discharge under 11 U.S.C. §727 will expire.

5. The Trustee seeks an additional 60 days within which to file a complaint objecting to discharge in order to allow time to determine whether an action under 11 U.S.C. §727 is appropriate.

**WHEREFORE,** the Trustee requests that this Court enter an order extending the time to file an objection to discharge until October 8, 2024, and for such further relief as the Court may deem appropriate.

Respectfully submitted,

/s/ Melissa M. Macejko
Melissa M. Macejko, Esq. (#0070974)
Chapter 7 Trustee
P.O. Box 266
Cuyahoga Falls, OH 44222
Tel (330) 744-9007 ext. 6
Email akrontr@suharlaw.com

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRIC OF OHIO

In re:                                         Case No. 24-50671-AMK

**Chad M. Stone**                              Chapter 7

                                               Judge Alan M. Koschik
        **Debtor**

## NOTICE OF TRUSTEE'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE A COMPLAINT OBJECTING TO DISCHARGE PURSUANT TO 11 U.S.C. § 727

The Chapter 7 Trustee, has filed papers with the Court seeking an extension of the time within which to object to the discharge under 11 U.S.C. § 727.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the Court to grant the Trustee's request, or if you want the Court to consider your views on the motion, then on or before **August 22, 2024**, you or your attorney must:

File with the Court a written request for a hearing and a written response explaining your position at:

        Clerk of Courts
        U.S. Bankruptcy Court
        455 Federal Building
        2 S. Main St.
        Akron, Ohio 44308

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

**You must also mail a copy to:**   Melissa M. Macejko, Chapter 7 Trustee
                                       P.O. Box 266
                                       Cuyahoga Falls, OH 44222

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order granting that relief.

Date: 08/08/2024                    Respectfully submitted,

/s/ Melissa M. Macejko
Melissa M. Macejko, Esq. (#0070974)
Chapter 7 Trustee
P.O. Box 266
Cuyahoga Falls, OH 44222
Tel (330) 744-9007 ext. 6
Email akrontr@suharlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing *Motion for Extension of the Time Within Which to File a Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 727 and Notice thereof* was served by the following methods this __8th__ day of August, 2024 to the following parties:

**Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:**

- Hunter G. Cavell    hcavell@cavelllaw.com
- Melissa M. Macejko    akrontr@suharlaw.com, mmm@trustesolutions.net;scampbell@suharlaw.com;mstewart@suharlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Peter G. Tsarnas    ptsarnas@gertzrosen.com, tsarnasp@hotmail.com;dmichna@gertzrosen.com;tsarnas.peterr102582@notify.bestcase.com
- Amy Good ust08    amy.l.good@usdoj.gov

**Via first class U.S. mail, postage fully pre-paid:**

Chad M. Stone
5210 Kaylin Dr.
New Franklin, OH 44319

/s/ Melissa M. Macejko
Melissa Macejko, Esq. (#0070974)
Chapter 7 Trustee