UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In Re: | ) | |
|---|---|---|
| | ) | Case No. 24-50671 (AMK) |
| Chad M. Stone | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Alan M. Koschik |

**Motion for Authority to Conduct 2004 Examination of Chad M. Stone and Request for Production of Documents**

Now comes Andrew R. Vara, the United States Trustee for Region 9 ("UST"), and hereby requests this Court enter an order directing debtor Chad M. Stone to appear for an examination pursuant to Fed. R. Bankr. P. 2004 by video and produce copies of the documents set forth on attached Exhibit A. In support, the UST states the following:

1. Chad M. Stone (the "Debtor") filed a voluntary chapter 7 bankruptcy petition on May 7, 2024. Docket No. 1. The Debtor's *Schedule I: Your Income* ("Schedule I") states he is unemployed and has monthly income of $0. *Id.* at 50-51. The Debtor's *Statement of Financial Affairs* ("SOFA") states he has earned $0 in income to date during this current year, earned $123,837 from operating a business in 2023, earned $181,802 from operating a business in 2022, and generated $124,712 in 2023 from the sale of business property. *Id.* at 55-56. The SOFA also reports that the Debtor sustained gambling losses of $102,468 in 2023. *Id.* at 58.

2. The Debtor's *Schedule A/B: Property* ("Schedule A/B") states he has no interests in real estate and lists personal property with an aggregate value of $39,760. *Id.* at 10-14. The personal property of the Debtor disclosed on Schedule A/B includes 100% ownership interests in

1

three businesses: Instant Rehab Ohio, LLC; Stone's Construction and Remodeling, LLC; and Chad Stone Custom Construction, LLC. *Id.* at 12.

3. The Debtor scheduled secured claims on *Schedule D: Creditors Who have Claims Secured by Property* ("Schedule D") in the amount of $61,420. On *Schedule E/F: Creditors Who Have Unsecured Claims* ("Schedule E/F") the Debtor listed priority tax claims totaling $8,417 and general unsecured claims in the amount of $1,886,300.23. *Id.* at 19-47. The unsecured debts include a number of obligations described as trade debt, business loans, and personal guarantees.

2. The initial meeting of creditors was scheduled for June 10, 2024, adjourned and conducted on July 8, 2024, and adjourned several more times until November 12, 2024. Docket Nos. 5, 8, 9. 16, 20, 25, 26, 30. It is the understanding and belief of the UST that the Chapter 7 Trustee is investigating the Debtor's interests in assets including undisclosed business interests. The UST has also been investigating this case in order to verify the Debtor's financial condition including, but not limited to, prepetition transactions, business interests of the Debtor, the nature and amount of income derived by the Debtor, and the Debtor's expenditures and gambling activity.

3. As a result, the UST seeks an order pursuant to Fed. R. Bankr. P. 2004 directing the Debtor to produce documents and appear for an examination, under oath, at a date and time mutually agreed upon by the parties. Specifically, the UST requests the production of documents set forth on attached Exhibit A.

4. The UST requests a court order directing the Debtor to produce the documents set forth on Exhibit A to amy.l.good@usdoj.gov and marion.l.brosko@usdoj.gov by no later than

the close of business on **Monday, December 9, 2024**, and to appear for his examination, under oath, on a date and time that is mutually agreed upon by the parties. The examination pursuant to Fed. R. Bankr. P. 2004 will be conducted by video and recorded pursuant to directions that will be provided prior to such examination. The examination and documentation will allow the UST to determine what, if any, further action may be warranted in this case.

**Wherefore**, the United States Trustee respectfully requests this Court enter an order directing Chad M. Stone to produce the requested documents set forth on attached Exhibit A by the close of business on **Monday, December 9, 2024** to amy.l.good@usdoj.gov and marion.l.brosko@usdoj.gov and directing Mr. Stone to appear for a 2004 examination on a date and time that is agreed upon by the parties which will be conducted by video and recorded pursuant to directions provided in advance of such examination.

              Respectfully Submitted,

              Andrew R. Vara
              United States Trustee, Region 9

By:  */s/ Amy L. Good*
    Amy L. Good (0055572)
    Trial Attorney
    Office of the U.S. Trustee
    201 Superior Avenue, Suite 411
    Cleveland, Ohio 44114
    (216) 522-7809
    amy.l.good@usdoj.gov

**Exhibit A**

1. Documentation substantiating each and every business the Debtor has/had an interest in from 1/1/2022 to the present time which reflects the date the business formed; the members/owners/shareholder; and the purpose of the business. **Such businesses include but are not limited to Instant Rehab Ohio, LLC; Stone's Construction and Remodeling, LLC; Chad Stone Custom Construction, LLC; Stones Remodeling and Design LLC; and Ohio's Finest Construction and Remodeling, LLC, etc.**

2. Copy of financial statements including but not limited to balance sheets, profit and loss statements, etc. from 1/1/2024 to the present time for each and every business the Debtor has had an interest in during the period from 1/1/2024 to the present time.

3. Copy of bank statements and checkbook registers/copy of cancelled checks from 1/1/2023 to the present time for all **personal** bank, credit union, debit, financial, and prepaid accounts including but not limited to CASHAPP, PayPal, Venmo, ZELLE, etc. open during this time-period in which the Debtor had an interest. (The Debtor previously provided statements for First Federal of Lakewood personal account x8153 from 4-14-23 to 8-15-24, and KeyBank personal account x5835 from 3-3-23 to 8-5-24.)

4. Copy of bank statements and checkbook registers/copy of cancelled checks from 1/1/2023 to the present time for any and all **business** bank, credit union, debit, financial, and prepaid accounts including but not limited to CASHAPP, PayPal, Venmo, ZELLE, etc. open during this time-period. (The Debtor already provided statements for First Federal of Lakewood Stones Remodeling and Design LLC account x5613 statement date 9-29-23 to statement date 7-31-24 and KeyBank Instant Rehab Ohio LLC account x0005 from 3-31-23 to 12-31-23.) Please note this request relates to all businesses Debtor has/had an interest in from 1/1/2023 to the present time including but not limited to Instant Rehab Ohio LLC, Stone's Construction and Remodeling, LLC, Chad Stone Custom Construction, LLC, Stones Remodeling and Design LLC, Ohio's Finest Construction and Remodeling, LLC, etc.

5. Documentation substantiating the source of the following deposits to First Federal Lakewood personal account x8153:
    - $5,000.00 on 1-19-24
    - $13,326.00 on 2-2-24
    - $1,250.00 on 2-28-24
    - $17,000.00 on 7-1-24

6. Documents substantiating how the following withdrawals from First Federal Lakewood personal account x8153 were spent:
    - $2,700.00 on 1-22-24
    - $2,310.00 on 1-26-24

- $6,000.00 on 2-2-24
- $1,250.00 on 2-28-24
- $2,664.00 on 7-3-24
- $2,880.00 on 7-3-24
- $11,320.00 on 7-9-24

7. Documents explaining the "Trf to Business" transaction in the amount of $5,360.00 on 2/9/2024 from First Federal Lakewood personal account x8153 including the identity of the business such funds were transferred to; the owner of such account; the purpose of such account; and the purpose of such transfer.

8. Documents substantiating the source of the following deposits to KeyBank personal account x5835:
    - $3,600.00 on 4-24-24
    - $3,706.60 on 5-8-24
    - $23,000.00 on 5-30-24
    - $3,400.00 on 6-14-24

9. Documents, including but not limited to receipts, invoices, bills, etc., substantiating how the following withdrawals from KeyBank personal account x5835 were spent:
    - $1,150.00 on 5-9-24
    - $2,440.00 on 5-9-24
    - $2,800.00 on 5-30-24
    - $3,685.00 on 6-6-24
    - $5,000.00 on 6-6-24
    - $8,326.00 on 6-6-24
    - $3,200.00 on 6-18-24

10. Documentation substantiating owner(s) of account x3533, purpose of account, and explanation of transfers made to this account from KeyBank personal account x5835 and KeyBank business account x0005.

11. Documents substantiating the source of the following deposits to First Federal Lakewood Stones Remodeling and Design LLC account x5613:
    - $8,325.75 on 12-15-23
    - $6,560.00 on 12-26-23
    - $5,070.00 on 1-3-24
    - $7,060.00 on 1-11-24
    - $7,070.00 on 1-16-24
    - $20,439.60 on 1-16-24
    - $20,439.60 on 2-2-24
    - $6,000.00 on 2-2-24
    - $5,360.00 on 2-9-24

- $16,142.40 on 2-14-24
- $19,000.00 on 2-21-24
- $10,472.04 on 3-5-24
- $9,444.00 on 3-13-24
- $9,794.00 on 3-20-24
- $10,300.00 on 4-3-24
- $10,400.00 on 4-8-24
- $8,325.39 on 4-18-24
- $9,444.00 on 4-25-24

12. Documents, including receipts, invoices, bills, etc., substantiating the expenditure of withdrawals from First Federal Lakewood Stones Remodeling and Design LLC account x5613 as follows:
    - $7,000.00 on 12-15-23
    - $8,180.56 on 1-19-24
    - $8,200.00 on 1-19-24
    - $13,326.00 on 2-2-24
    - $5,364.99 on 2-2-24
    - $6,000.00 on 2-9-24
    - $9,362.00 on 2-14-24
    - $5,500.00 on 2-14-24
    - $18,286.00 on 2-21-24
    - $5,962.00 on 2-28-24
    - $5,648.22 on 3-5-24
    - $7,671.75 on 4-5-24

13. Copy of casino win/loss statements from 1-1-24 to the present time.

14. Copy of statements/transaction lists/records from 1-1-22 to the present time to substantiate winnings and losses from any gambling whether on-line or in person, including from poker.

15. For each of the Schedule F debts listed below, please provide documents substantiating the date the debt was incurred; amount of the debt; identity of account the loan proceeds were deposited into; date of the deposit; how the loan proceeds were spent; and amount and date of any loan repayments.
    - $167,000 to Dugger Acquisitions LLC (#4.31)
    - $65,000 to George Tomko (#4.36)
    - $232,000 to Jag Enterprises, LLC (#4.40)
    - $305,000 to Nolan Hilbruner (#4.48)
    - $577,267.59 to US Small Business Administration (#4.65)

16. Copy of 2022 and 2023 **personal and business** tax returns including all schedules, attachments, and all supporting documents including but not limited to W-2s, 1099s, K-1s, etc.

## Certificate of Service

I certify that on November 12, 2024, a true and correct copy of the foregoing Motion was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Hunter G. Cavell    hcavell@cavelllaw.com
- Melissa M. Macejko    akrontr@suharlaw.com, mmm@trustesolutions.net;scampbell@suharlaw.com;mstewart@suharlaw.com
- United States Trustee    (Registered address)@usdoj.gov
- Peter G. Tsarnas    ptsarnas@gertzrosen.com, tsarnasp@hotmail.com;dmichna@gertzrosen.com;tsarnas.peterr102582@notify.bestcase.com
- Amy Good ust08    amy.l.good@usdoj.gov

And by regular U.S. Mail to:

FinWise Bank
c/o Becket and Lee LLP
PO Box 3002
Malvern, PA 19355-0702

Chad M. Stone
5210 Franklin, Ohio 44319

                              by:    */s/ Amy L. Good*
                                        Amy L. Good (#0055572)
                                        Trial Attorney
                                        Office of the U.S. Trustee
                                        H.M. Metzenbaum U.S. Courthouse
                                        201 Superior Avenue East,
                                        Suite 441
                                        Cleveland, Ohio 44114-1240
                                        (216) 522-7809
                                        Amy.l.good@usdoj.gov