# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 24-50671-AMK | Trustee Name: | Melissa Macejko |
|---|---|---|---|
| Case Name: | STONE, CHAD M. | Date Filed (f) or Converted (c): | 05/07/2024 (f) |
| For the Period Ending: | 12/26/2024 | §341(a) Meeting Date: | 06/10/2024 |
| | | Claims Bar Date: | 04/07/2025 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | 2007 Ford F350 | $1,500.00 | $0.00 | | $0.00 | FA |
| 2 | 2022 Jeep Grand Cherokee | $30,000.00 | $0.00 | | $0.00 | FA |
| 3 | 2015 GMC Savannah | $3,000.00 | $0.00 | | $0.00 | FA |
| 4 | 2003 Ford F150 | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | everyday furniture | $1,000.00 | $0.00 | | $0.00 | FA |
| 6 | everyday clothing | $750.00 | $0.00 | | $0.00 | FA |
| 7 | Checking KeyBank | $10.00 | $0.00 | | $0.00 | FA |
| 8 | Checking First Federal Bank of Lakewood | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | Chad Stone Custom Construction, LLC 100 % | $0.00 | $1.00 | | $0.00 | $1.00 |
| 10 | Instant Rehab Ohio, LLC 100% % | $0.00 | $1.00 | | $0.00 | $1.00 |
| 11 | any other property | Unknown | $0.00 | | $0.00 | FA |
| 12 | Stone's Construction and Remodeling, LLC 100% % | $0.00 | $1.00 | | $0.00 | $1.00 |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $39,760.00 | $3.00 | | $0.00 | $3.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

| 12/26/2024 | Asset #9 is Chad Stone Custom Construction, LLC. Asset #10 is Instant Rehab Ohio, LLC. Asset #12 is Stone's Construction & Remodeling, LLC. Trustee is investigating the businesses and transactions. |
|---|---|
| 12/04/2024 | trustee evaluating case & business interests |
| 11/27/2024 | trustee evaluating case |

| Initial Projected Date Of Final Report (TFR): | 12/31/2025 | /s/ MELISSA MACEJKO |
|---|---|---|
| Current Projected Date Of Final Report (TFR): | 12/31/2025 | MELISSA MACEJKO |